IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD FRAME,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 09-1380 |
| MENALLEN TOWNSHIP, ET AL.,<br>    Defendants. | )<br>)<br>)<br>) |

ORDER

Before the Court is plaintiff's Motion of Address Change [document #17].  In addition to notifying the Clerk of his correct address, plaintiff seeks an extension of time, which the Court will construe as an extension of time to respond to defendants' Motion to Dismiss Second Amended Complaint [document #9] and brief in support.  We note that plaintiff did file a document in response to that motion, but it appears to be a copy of his Second Amended Complaint and is the subject of defendants' Motion to Strike.

Therefore, this 25th day of February, 2010, IT IS HEREBY ORDERED that plaintiff's motion is GRANTED.  Plaintiff shall have until March 12, 2010 to file a substantive response to defendants' motion to dismiss.  **PLAINTIFF IS ADVISED THAT NO EXTENSION OF THIS DATE WILL BE GRANTED FOR ANY REASON WHATSOEVER AND FAILURE TO COMPLY BY THIS DATE WILL RESULT IN DISMISSAL OF FOR FAILURE TO PROSECUTE**.  Should plaintiff respond by the above date, defendant shall have until March 27, 2010 to file their reply brief.

      IT IS FURTHER ORDERED that defendants' Motion to Strike [document #15] is denied as moot.

BY THE COURT:

_____
Hon. Gary L. Lancaster,
Chief United States District Judge

cc:    Richard Frame
       P.O. Box 643
       Smithfield, PA 15478

       All Counsel of Record