IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICHARD FRAME,  )
    Plaintiff,  )
                )
v.  )  Civil Action No. 09-1380
                )
MENALLEN TOWNSHIP, et al.  )
    Defendants.  )

## ORDER

And now, on this 27 day of May, 2010, upon consideration of defendants' motion to dismiss plaintiff's Third Amended Complaint [Doc. No. 14], and in consideration of plaintiff's failure to file a timely response to defendants' motion to dismiss as directed by the court's April 6, 2010 order [Doc. No. 22], it is HEREBY ORDERED that defendants' motion to dismiss [Doc. No. 23] is GRANTED with prejudice.

The clerk of court is directed to mark this matter closed.

BY THE COURT

_____, C. J.

cc: All counsel of record

    Richard Frame
    P.O. Box 643
    Smithfield, PA 15478